BUSCH et al. v. WRIGHT AERONAUTICAL CORPORATION et al.

No. 10770.

United States Court of Appeals
Sixth Circuit.

April 19, 1949.

Sol Goodman, of Cincinnati, Ohio, for appellants.

H. J. Siebenthaler and Frost & Jacobs, all of Cincinnati, Ohio, for appellees.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

MARTIN, Circuit Judge.

On this appeal, the constitutionality of the Portal-to-Portal Act, Ch. 52, Public Law 49, May 14, 1947, 29 U.S.C.A. § 251 et seq., is again attacked. This court has heretofore upheld the constitutionality of the Act, and adheres to its previous opinions. Fisch v. General Motors Corporation, 6 Cir., 169 F.2d 266; Rogers Cartage Co. v. Reynolds, 6 Cir., 166 F.2d 317, 3 A.L.R.2d 1090; Lasater v. Hercules Powder Company, 6 Cir., 171 F.2d 263. See also opinions of other courts of appeal to the same effect. Seese v. Bethlehem Steel Co., 4 Cir., 168 F.2d 58; Battaglia v. General Motors Corporation, 2 Cir., 169 F.2d 254.

It is ordered that the judgment of the district court be affirmed.